**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PROFESSIONAL STAFFING - A.B.T.S.,**
**INC ., a Florida corporation,**

    **Plaintiff,**

v.                                                       Case No.  8:04-cv-793-T-30EAJ

**ILLINOIS UNION INSURANCE**
**COMPANY, a foreign corporation,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised by Plaintiff's counsel Colleen Flynn that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 7, 2005.

                                                   JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-793.dismissal.wpd